**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSE OCEGUEDO-GIL,<br><br>                Petitioner,<br>   v.<br>STATE OF NEVADA, et al.,<br><br>                Respondents. | Case No. 2:18-cv-00756-APG-PAL<br><br>**ORDER** |

Jose Oceguedo-Gil has apparently attempted to initiate a 28 U.S.C. § 2254 habeas corpus petition (ECF No. 1-1). He has not used a court form nor has he submitted an application to proceed *in forma pauperis* or paid the filing fee. *See* ECF No. 1. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2), LSRs 1-1, 1-2, 3-1. This action, therefore, shall be dismissed without prejudice to petitioner filing a habeas petition on the court's form in a new action with a new case number along with an application to proceed *in forma pauperis* or the $5.00 filing fee.

IT IS THEREFORE ORDERED that the Clerk **shall detach and file** the petition (ECF No. 1-1).

IT IS FURTHER ORDERED that the petition is **DISMISSED** without prejudice as set forth in this order.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the Clerk **shall send** to petitioner one copy of this court's inmate's application to proceed *in forma pauperis* form with information and instructions, one copy of this court's form § 2254 habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition, and one copy of the papers petitioner has filed in this action.

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

DATED: 4 May 2018.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE