UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE OCEGUEDO-GIL,<br><br>       Petitioner,<br> v.<br><br>STATE OF NEVADA, et al.,<br><br>       Respondents. | Case No. 2:18-cv-00756-APG-PAL<br><br>ORDER |

On May 4, 2018, the court dismissed this habeas action without prejudice because petitioner failed to submit an application to proceed *in forma pauperis* or pay the filing fee (ECF No. 3). Judgment was entered (ECF No. 4).

On August 27, 2018, petitioner Oceguedo-Gil filed an application to proceed *in forma pauperis* and submitted a habeas petition in this case (ECF No. 8). However, this case is closed. As the court previously explained, if Oceguedo-Gil wishes to seek habeas relief, he must file his petition on the correct form in a new action with a new case number and include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to petitioner one copy of the documents at ECF No. 8, including attachments.

DATED: 31 August 2018.

                     _____
                     ANDREW P. GORDON
                     UNITED STATES DISTRICT JUDGE